| | Fill in this information to identify the case: |
|---|---|
| Debtor name | **David Velasquez Realty LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Happy State Bank<br>Attn: Nathan Allison<br>3423 Soncy Rd.<br>Amarillo, TX 79119 | | | | $1,087,591.72 | $0.00 | $1,087,591.72 |
| 2 | American State Bank<br>Attn: Joe Denman, VP Commercial Lender<br>5202 Old Jacksonville Hwy.<br>Tyler, TX 75703 | | Line of Credit | | $250,000.00 | $0.00 | $250,000.00 |
| 3 | Olsen Plaza Owner's Association<br>2700 S. Western, Suite 600<br>Amarillo, TX 79109 | | HOA Dues | | | | $12,035.18 |
| 4 | Potter County Tax Assessor/Collector<br>PO Box 2289<br>Amarillo, TX 79105 | | Taxes | | | | $6,985.39 |
| 5 | Sherwin Williams | | Business Debt | | | | $6,257.50 |

| Debtor | **David Velasquez Realty LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Starpoint Properties, Ltd. Attn: Karla Hatcher | | | | $3,832.50 | $0.00 | $3,832.50 |
| 7 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $3,728.22 |
| 8 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $3,690.16 |
| 9 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $3,396.36 |
| 10 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $3,260.44 |
| 11 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $3,213.36 |
| 12 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $3,057.63 |
| 13 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $2,793.09 |

| Debtor | **David Velasquez Realty LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $2,533.30 |
| 15 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $99.05 |
| 16 Potter County Tax Assessor/Collector PO Box 2289 Amarillo, TX 79105 | | Taxes | | | | $5.57 |