| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **David Velasquez Realty LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-20329-rlj** |

☑ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue — Check all that apply.

Gross revenue (before deductions and exclusions)

| | From | to | Sources of revenue | Gross revenue |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | **01/01/2024** MM/DD/YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$830,650.76** |
| For prior year: | **01/01/2023** MM/DD/YYYY | **12/31/2023** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$761,249.04** |
| For the year before that: | **01/01/2022** MM/DD/YYYY | **12/31/2022** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$459,440.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **TO BE PROVIDED**<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor **David Velasquez Realty LLC**　　Case number (if known) **24-20329-rlj**
　　　　Name

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | **David Velasquez**<br>Insider's name<br>**3709 Harmony**<br>Street<br><br>**Amarillo**　　**TX**　**79109**<br>City　　State　ZIP Code<br><br>**Relationship to debtor**<br>**Owner** | **Last 12 months** | **$9,000.00** | **Commission for sale of 2716 Nebraska** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

   ☐ None

   | | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **American State Bank v. David Velasquez Realty LLC, et al**<br><br>**Case number**<br>**24-3140-C** | | **Smith County District Court**<br>Name<br><br>Street<br><br>City　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **David Velasquez Realty LLC**   Case number (if known) **24-20329-rlj**
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Hillside Christian Church** <br> Recipient's name <br> **6100 S. Soncy rd.** <br> Street <br> **Suite 500** <br><br> **Amarillo**  **TX**  **79119** <br> City  State  ZIP Code <br><br> **Recipient's relationship to debtor** | **Cash** | **5/1/2024** | **$8,000.00** |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Joyce W. Lindauer Attorney, PLLC** <br> **Address** <br> **1412 Main Street** <br> Street <br> **Suite 500** <br><br> **Dallas**  **TX**  **75202** <br> City  State  ZIP Code <br><br> **Email or website address** <br><br> **Who made the payment, if not debtor?** | **Included the filing fee of $1,738.00** | **October 2024** | **$31,738.00** |

| Debtor | **David Velasquez Realty LLC** | Case number (if known) | **24-20329-rlj** |
|---|---|---|---|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Elijah Slaydon and Katelyn Skrdlant** | **Purchased 2716 Nebraska St., Amarillo, TX 79106** | **10/24/2024** | **$180,000.00** |
| | Address | | | |
| | **3301 SW 58th Ave.** <br> Street <br> **Apartment 5102** | | | |
| | **Amarillo**  **TX**  **79119** <br> City  State  ZIP Code | | | |
| | Relationship to debtor | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | **Andres Flores** | **Purchased 3807 S. Taylor St., Amarillo, TX 79110** | **10/23/2024** | **$125,000.00** |
| | Address | | | |
| | **303 N. Adams St.** <br> Street | | | |
| | **Amarillo**  **TX**  **79107** <br> City  State  ZIP Code | | | |
| | Relationship to debtor | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Randy Scott** | **Purchase of 1319 S. Travis St., Amarillo, TX 79102** | **8/1/2024** | **$320,000.00** |
| | Address | | | |
| | **4312 S. Hayden St.** <br> Street | | | |
| | **Amarillo**  **TX**  **79110** <br> City  State  ZIP Code | | | |
| | Relationship to debtor <br> **None** | | | |

Debtor  **David Velasquez Realty LLC**  Case number (if known) **24-20329-rlj**
Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Selina Short** | **Purchase of 2205 Troveta Drive, Amarillo, TX 79110** | **4/30/2024** | **$220,000.00** |

Address

**2205 Troveta Dr.**
Street

**Amarillo**          **TX**     **79110**
City                         State     ZIP Code

**Relationship to debtor**

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Ruben and Sarah Elizabeth Flores** | **Purchase of 1507 Bell St., Amarillo, TX 79106** | **4/13/2023** | **$175,000.00** |

Address

**1612 Lariat Drive**
Street

**Amarillo**          **TX**     **79111**
City                         State     ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

| Debtor | David Velasquez Realty LLC | Case number (if known) | 24-20329-rlj |
|---|---|---|---|
| | Name | | |

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☒ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?
      ☐ No. Go to Part 10.
      ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☒ None

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☒ None

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☒ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☒ None

Debtor **David Velasquez Realty LLC**  Case number (if known) **24-20329-rlj**
Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | | Name and address | Dates of service |
    |---|---|---|
    | 26a.1. | **Brandon Mansfield, CPA** (Name)<br>**Alford & Mansfield, PLLC** (Street)<br>**6017 SW 45th Ave., Suite A**<br>**Amarillo** (City) **TX** (State) **79109** (ZIP Code) | From **2018** To **Present** |
    | 26a.2. | **Jodi Church** (Name)<br>**7717 Reward Pl.** (Street)<br>**Amarillo** (City) **TX** (State) **79119** (ZIP Code) | From **1/1/2024** To **Present** |

Debtor  **David Velasquez Realty LLC**                                      Case number (if known) **24-20329-rlj**
        Name

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                        **If any books of account and records are unavailable, explain why**

26c.1. **Brandon Mansfield, CPA**
Name
**Alford & Mansfield, PLLC**
Street
**6017 SW 45th Ave., Suite A**

**Amarillo**                    **TX**          **79109**
City                            State           ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Happy State Bank**
Name
**Attn: Nathan Allison**
Street
**3423 Soncy Rd.**

**Amarillo**                    **TX**          **79119**
City                            State           ZIP Code

**Name and address**

26d.2. **American State Bank**
Name
**Attn: Joe Denman, VP Commercial Lender**
Street
**5202 Old Jacksonville Hwy.**

**Tyler**                       **TX**          **75703**
City                            State           ZIP Code

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Velasquez | 3709 Harmony<br>Amarillo, TX 79109 | President | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | David Velasquez Realty LLC | Case number (if known) | 24-20329-rlj |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

### Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/17/2025**
MM / DD / YYYY

**X /s/ David Velasquez**                                     Printed name **David Velasquez**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes