# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

IN RE:  **David Velasquez Realty LLC**          CASE NO   **24-20329-rlj**

                                                CHAPTER   **11**

*AMENDED 1/17/2025*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/17/2025                    Signature  /s/ David Velasquez
                                              *David Velasquez*
                                              *Owner*


Date  _____             Signature  _____

American Express
PO Box 650448
Dallas, Texas 75265-0448


Gossett Inc.
4528 West Vickery Blvd.
Fort Worth, TX 76185


Wilkinson Mortgage Capital
701 S. Taylor St., Suite 360
Amarillo, TX 79101