C. Jared Knight  
State Bar No. 00794107  
Bailey Hartman  
State Bar No. 24125916  
Cathy Miller  
State Bar No. 00790317  
MORGAN WILLIAMSON LLP  
701 S. Taylor, Suite 324  
Amarillo, TX 79101  
(806) 358-8116 Telephone  
(806) 350-7642 Fax  
jknight@mw-law.com  
bhartman@mw-law.com  
cmiller@mw-law.com  
*Attorneys for Robert N. Wilkinson, Jr.*  
*Money Purchase Pension Plan and Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| DAVID VELASQUEZ REALTY LLC | § § § | CASE NO. 24-20329-rlj11 |
| DEBTOR(S) | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS**

ROBERT N. WILKINSON, JR. MONEY PURCHASE PENSION PLAN AND TRUST, creditor and party in interest, hereby enters its appearance in this case, C. JARED KNIGHT, BAILEY HARTMAN, CATHY MILLER, and the law firm of MORGAN WILLIAMSON LLP ("MW") enter their appearance as attorneys for CREDITOR as directed by Federal Rule of Bankruptcy Procedure 9010(b). The name, office address, telephone number, fax number and e-mail address for Mr. Knight, Mrs. Hartman, Ms. Miller, and MW follow:

    C. Jared Knight  
    MORGAN WILLIAMSON LLP  
    701 S. Taylor, Suite 324  
    Amarillo, TX 79101  
    (806) 358-8116 Telephone  
    (806) 350-7642 Fax  
    E-mail: jknight@mw-law.com

Bailey Hartman
MORGAN WILLIAMSON LLP
701 S. Taylor, Suite 440
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
E-mail: bhartman@mw-law.com

Cathy Miller
MORGAN WILLIAMSON LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
E-mail: cmiller@mw-law.com

CREDITOR hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notice under Rule 2002(i), be given to it by service upon the attorneys at the address or e-mail shown above.

CREDITOR pursuant to Federal Rule of Bankruptcy Procedure 3017(a) further requests that copies of all documents, including claims, plans and disclosure statements filed hereby by any party be served upon it and its attorneys at the addresses indicated above.

Dated: 2/4/25

C. Jared Knight, State Bar No. 00794107
Bailey Hartman, State Bar No. 24125916
Cathy Miller, State Bar No. 00790317
MORGAN WILLIAMSON LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
jknight@mw-law.com
bhartman@mw-law.com
cmiller@mw-law.com

*Attorneys for Robert N. Wilkinson, Jr. Money Purchase Pension Plan and Trust*

# CERTIFICATE OF SERVICE

The undersigned certifies that she has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the Court's electronic case filing system or by regular mail on the 4th day of February, 2025:

Frances A. Smith
Ross, Smith, and Binford, PC
700 N. Pearl St, Ste 1610
Dallas, TX 75201
*Subchapter 5 Trustee*

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202
*Debtor(s)' Attorney*

US Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

David Velasquez Realty LLC
6601 I-40 West, Ste. 100
Amarillo, TX 79106
*Debtor(s)*

All parties that have requested notice
pursuant to N.D. Tex. L.B.R. 2002-1(j)

*[signature: Cathy Miller]*

C. Jared Knight, State Bar No. 00794107
Bailey Hartman, State Bar No. 24125916
Cathy Miller, State Bar No. 00790317