ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
David Velasquez Realty LLC § Case No.: 24−20329−rlj11
 § Chapter No.: 11
Debtor(s) §

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

to consider and act upon the following:

> Motion to convert case to chapter 7. filed by United States Trustee Objections due by 2/28/2025. (Bublick, Asher) Modified on 2/10/2025 (Dozier, Bryan).

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401


DATED: 2/10/25          FOR THE COURT:
                        Stephen J Manz, Clerk of Court