Tara T. LeDay
Texas Bar No. 24106701
**CHAMBERLAIN, HRDLICKA, WHITE,
　　WILLIAMS & AUGHTRY, P.C**
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713.654.9648 | F: 713.658.2553
E: tara.leday@chamberlainlaw.com

*Counsel for Tax Lien Loan SPV, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | **Case No. 24-20329-rlj** | |
| **David Velasquez Realty LLC,** § | | |
| § | **Chapter 7** | |
| **Debtor.** § | | |

**MOTION TO WAIVE REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090–4
FOR DESIGNATION OF LOCAL COUNSEL**

> **NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, GEORGE MAHON FEDERAL BUILDING, 1205 TEXAS AVENUE, ROOM 306, LUBBOCK, TX 79401-4002, WITHIN TWENTY–ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION (APRIL 17, 2025), UNLESS THE COURT, *SUA SPONTE*, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**
>
> **IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

**TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:**

　　**COMES NOW** Tax Lien Loan SPV, LLC ("**TLL SPV**"), a creditor in the above-styled and numbered bankruptcy case, who files this *Motion to Waive the Requirement of Local*

*Bankruptcy Rule 2090–4 for Designation of Local Counsel* ("**Motion**"), and in support, respectfully states as follows:

1. On December 2, 2024 ("**Petition Date**"), David Velasquez Realty LLC ("**Debtor**") filed a voluntary Chapter 11 petition for bankruptcy under title 11 of the Bankruptcy Code, commencing bankruptcy case number 24-20329 ("**Bankruptcy Case**") in the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division ("**Bankruptcy Court**").[1] Thereafter, the Bankruptcy Case was converted to Chapter 7.[2]

2. TLL SPV is a secured lien holder for Debtor's residence and is represented by Tara T. LeDay of Chamberlain, Hrdlicka, White, Williams & Aughtry ("**CHWWA**").

3. CHWWA does not maintain an office within 50 miles of the Northern District. Local Bankruptcy Rule 2090–4 requires an attorney appearing in a case in the Northern District obtain local counsel, if that attorney does not reside or maintain an office within 50 miles of the Northern District.

4. Attorney Tara T. Leday currently resides in Leander, Texas. CHWWA has offices in Houston, Texas and San Antonio Texas. Tara T. LeDay is admitted to practice in all federal district of Texas, including the Northern District of Texas, and the United States Court of Appeals for the Fifth Circuit. Ms. LeDay has been a practicing bankruptcy and restructuring attorney since 2017. Local Rule 2090–4 permits waiver of the requirement for Local Counsel, by the Court, on a case by case basis. In addition, Ms. LeDay has frequently appeared on behalf of numerous parties in the Northern District. CHWWA's experience may lessen the need for local counsel. Based upon the above,

---

[1] ECF No. 1.
[2] ECF No. 60.

Attorney Tara T. LeDay believes that good cause exists for a waiver in this instance.

5. Further, the undersigned would be able to travel to the Amarillo area to attend a hearing on short notice.

WHEREFORE, PREMISES CONSIDERED, TLL SPV and its counsel respectfully requests that the Court waive the requirement for Local Counsel pursuant to Local Rule 2090–4, and for any other relief that is just.

Dated: March 28, 2025

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, PC**

By: */s/ Tara T. LeDay*
Tara T. LeDay
Texas Bar No. 24106701
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713.654.9648 | F: 713.658.2553
E: tara.leday@chamberlainlaw.com

*Counsel for Tax Lien Loan SPV, LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2025 a true and correct copy of the foregoing Motion was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, including Counsel for Debtor, the Chapter 7 Trustee, and the United States Trustee.

*/s/ Tara T. LeDay*
Tara T. LeDay